

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SCOTT A. PROTZMAN, M.D., EL PASO ORTHOPAEDIC SURGERY GROUP, P.A., AND FRED UTTER, CRNA, | § | No. 08-15-00281-CV |
| Appellants, | § | Appeal from the |
| v. | § | 448th District Court |
| MARIA T. GURROLA, INDIVIDUALLY AND ON BEHALF OF ALL | § | of El Paso County, Texas |
| WRONGFUL DEATH BENEFICIARIES, AND AS REPRESENTATIVE OF THE | § | (TC# 2014-DCV-3560) |
| ESTATE OF OSCAR GURROLA, DECEASED, | § | |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the part of the judgment as to the expert's report regarding Fred Utter, CRNA's alleged breach of the standard of care. We therefore reverse that part of the order of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. The remainder of the judgment is affirmed.

We further order that Appellants, and their sureties, if any, *see* TEX.R.APP.P. 43.5, and Appellee each pay one half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.